| | | |
|---|---|---|
| USAO File Number: 2023R00365 | AUSA: Timothy Wyse | Telephone: (313) 226-9144 |
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: Lorin C. Folk | Telephone: (630) 835-2050 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  23-mc-50751-2
Information associated with two cellular devices )
(More Fully Described in Attachment A) )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, violations of: U.S.C. § 1028 (identity theft), 18 U.S.C. 1028A (aggravated theft), 18 U.S.C. § 1341 (mail fraud), and 18 U.S.C. 1343 (wire fraud).

**YOU ARE COMMANDED** to execute this warrant on or before   July 27, 2023         *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   July 13, 2023    3:46 pm                     *[signed]*
                                                                    *Judge's signature*

City and state:   Ann Arbor, Michigan                Hon. David R. Grand    U. S. Magistrate Judge
                                                                    *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 23-mc-50751-2 | Date and time warrant executed: <br> 7/19/23 | Copy of warrant and inventory left with: <br> N/A |
| Inventory made in the presence of : <br> N/A | | |
| Inventory of the property taken and name of any person(s) seized: <br>    Data files from extraction of two cell phones | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    7/24/23

*Executing officer's signature*

Lorin Folk, HSI SA

*Printed name and title*

# ATTACHMENT A

### DESCRIPTION OF THE PROPERTY TO BE SEARCHED

Cellular telephone (referred to as the "TARGET TELEPHONES") currently in law enforcement possession – namely in HSI evidence storage at the HSI's offices, located at 11301 Metro Airport Center Drive, Romulus, Michigan – more thoroughly and individually described below:

    f. iPhone X with black back / IMEI: 354868096239720/ S/N: GHLHR00JJCLH (TARGET TELEPHONE 1)

    g. iPhone 13 Pro with blue back/ IMEI 356314951575856/ S/N CQDC24FJPL (TARGET TELEPHONE 2)

This warrant authorizes the forensic examination of the TARGET TELEPHONES for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

## Particular Things to be Seized

A.   All information, records, and content contained in the TARGET TELEPHONES, described in Attachment A, that relate to violations of U.S.C. § 1028 (identity theft), 18 U.S.C. 1028A (aggravated theft), 18 U.S.C. § 1341 (mail fraud), and 18 U.S.C. 1343 (wire fraud), involving KENNY HOWARD III since April 2020, including:

   a. Contact list, which provides the names and/or nicknames and phone numbers, including cellular, home and work numbers of persons in contact with the users of the TARGET TELEPHONES that pertain to the above described criminal activity;

   b. Text, e-mail, voicemail, social media (e.g., Facebook, Instagram, Twitter) messages that relate to the underlying offenses described in paragraph A;

   c. Pictures and videos which includes any saved pictures or videos taken, sent or received and their metadata that relate to the underlying offenses described in paragraph A;

   d. Notepad or other files that allows the user to input and store miscellaneous information into the phone that may relate to the underlying offenses described in paragraph A ;

e. Calendar, which allows the user to store dates and/or times of appointments and events that may relate to the underlying offenses described in paragraph A;

f. Call history, including all incoming and outgoing calls, call logs and related identifying information including the telephone number, date, and time of calls made to and from the TARGET TELEPHONES, received, dialed calls, including times and contact information, that may relate to the underlying offenses described in paragraph A;

g. Any information related to sources of PII used to commit the underlying offenses described in paragraph A (including names, addresses, phone numbers, or any other identifying information);

h. Any information recording users of the TARGET TELEPHONES' schedule or travel that may relate to the underlying offenses described in paragraph A;

i. All bank records, checks, credit card bills, account information, and other financial records that relate to the underlying offenses described in paragraph A;

j. Information related to financial, banking, or debit or credit card transactions that relate to the underlying offenses described in paragraph A;

k. Any information regarding the past location of the TARGET TELEPHONES that may show the locations of the fruits of the crimes described in

paragraph A, or the location of HOWARD or a co-conspirator while committing the offenses ;

l. Information related to any of the victims of the crimes identified above;

m. All information, records, and content contained in the TARGET TELEPHONES regarding wire fraud, aggravated identity theft, mail fraud and unemployment insurance fraud by HOWARD, or co-conspirators;

n. Evidence of user attribution showing who used or owned the cellular telephones at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

o. Records evidencing the use of the Internet Protocol addresses to communicate with various State Unemployment Insurance websites, including:

    1. records of Internet Protocol addresses used;

    2. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage

(such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, HSI, and/or the DOL-OIG may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.